**FILED**

Dec 01 2025

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY        s/ DDE        DEPUTY

1  Name: CESSALY D HUTCHINSON

2  Address: PO BOX 180203, CORONADO CA 92178

3  Telephone Phone: (619) 265-6207

4  Email: CESSALY100@GMAIL.COM

5

6

7

8                **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  CESSALY D HUTCHINSON                Case No.: **'25CV3371 RSH JLB**

12                                           (assigned at time of filing)

13                              Plaintiff(s),

14  v.                                  **COMPLAINT**

15  GALE PINES NICHOLSON, PHYLLIS
16  PINES GARNETT, TIMOTHY
17  NICHOLSON
                            Defendant(s).
18

19

20  **I.    RELATED CASES**

21        a.    Do you have other Civil Case(s) in this or any other federal court?

22              ☐ Yes    ☒ No

23        b.    If yes, please list the case numbers here:

24

25  **II.    STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how*

26        *each defendant is involved, and tell what each defendant did to you that caused*

27        *you to file this suit against them. Include names of any other persons involved,*

28        *dates, and places.)*

1

MRS. GALE PINES NICHOLSON AND MYSELF BECAME FRIENDS BY A TELEPHONE PRAYER LINE FOR WHICH I HAD BEEN VOLUNTEERING IN SAN DIEGO SINCE OCTOBER 2021, TOOK A BREAK AND RETURNED IN APRIL 2025. WE BONDED OVER OUR RELATIVES HAVING MENTAL HEALTH ISSUES. SHE WAS VERY KIND AND EVEN SEND CASHAPP PAYMENTS, SOME OF WHICH I SENT TO ANOTHER WOMAN FACING DOMESTIC VIOLENCE ISSUES.

SEPTEMBER 29, 2025, SHE AND HER SON, TIMOTHY NICHOLSON, OBTAINED A REDUCED FAIR TICKET TO FLY TO SEATTLE, WASHINGTON FROM SANTA ANA, CALIFORNIA, BECAUSE HER DAUGHTER WAS FACING CRIMINAL CHARGES. WE WERE BOTH VERY CONCERNED THAT SHE APPEAR BECAUSE MRS. NICHOLSON WOULD CALL ME CONSTANTLY WORRIED ABOUT HER DAUGHTER'S WHEREABOUTS (LIKE MY RELATIVE AT ONE TIME), INCLUDING OVERSEAS. SHE'D ASKED ME IF I'D TRAVEL WITH HER TO FIND HER, EVEN IN EUROPE. I HAD A CLOTHING ISSUE, BUT FIGURED WE'D WORK IT OUT WHEN I ARRIVED. WE DID. HER DAUGHTER WAS GRANTED A CONTINUANCE. HER SISTER, MRS. PHYLLIS PINES GARNETT, MET US AT THE KING COUNTY MUNICIPAL COURT ON 9/30/25, AND WE TALKED AT LENGTH WITH DEPUTY MARSHALL SCOTT FUQUAY.

I OBTAINED A REDUCED RATE AT THE MARRIOTT NEAR SEA-TAC AIRPORT, AND THE THREE OF US SHARED A ROOM. I CHIPPED IN $100. THE TWO SISTERS GOT IN A HEATED ARGUMENT LATER THAT NIGHT; MRS. NICHOLSON WAS RELENTLESS. IT REPEATED WITH ME THE NEXT NIGHT: SHE CALLED ME NAMES, WAS IRATE, THREATENED TO SLAP MY FACE, FOR ABOUT 90 MINUTES UNTIL 3 AM. I WAS SHOCKED AT HER SCREAMING AT MARRIOTT STAFF EARLIER REGARDING SECURITY: NOTABLY SHE WRAPPED AN IRON CORD AROUND THE HINGE OF THE DOOR. SHE THREATENED TO NOT PAY WE WERE TRAPPED. AS SOON AS SHE FELL ASLEEP, I UNWRAPPED THE CORD, TOOK A SHUTTLE TO THE AIRPORT AND LEFT. I FILED A POLICE REPORT ALSO.
BY HER BEHAVIOR, AND HER INTERROGATION, I BELIEVE SHE AND FAMILY LURED ME THERE BECAUSE OF AN ONGOING HARASSMENT CAMPAIGN BY A LAW FIRM I FIRED SEPTEMBER 21, 2020, THAT I'M SUING FOR CIVIL RACKETEERING IN SAN DIEGO SUPERIOR COURT, CASE NO 24-CU-031448C.

III.   **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*

*Do not use this space to state the facts of your claim.)*

$250,000 FOR CIVIL ASSAULT AND BATTERY, EMOTIONAL DISTRESS DAMAGES, LIBEL AND SLANDER, FALSE IMPRISONMENT AND FINANCIAL DAMAGES FOR THE RETURN FLIGHT, PARKING, GAS FROM SANTA ANA TO SAN DIEGO, AND MEALS.

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes        ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

DECEMBER 1, 2025
Date

Cessly A Hutchinson
Signature

CESSALY D HUTCHINSON
Printed Name

4